**COM.**

v.

**WRIGHT, E., Jr.**

**70 MDA 2017**

Superior Court of Pennsylvania.

09/19/2017

Reargument Denied 12/6/2017

CP–36–CR–0000490–1997

CP–36–CR–0002538–1997

CP–36–CR–0002539–1997
(Lancaster)
Affirmed